Debra I. Grassgreen (CA Bar No. 169978)
Jason H. Rosell (CA Bar No. 269126)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:     (415) 263-7000
Facsimile:     (415) 263-7010
E-mail:  dgrassgreen@pszjlaw.com
              jrosell@pszjlaw.com

Counsel to the Foreign Representative

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 16-31309 (DM) |
| APVO Corporation, | Chapter 15 |
| Debtor in a Foreign Proceeding. | Date: December 30, 2016<br>Time: 10:00 a.m. (Pacific Time)<br>Place: 450 Golden Gate Avenue<br>16th Floor, Courtroom 17<br>San Francisco, California<br>Judge: The Hon. Dennis Montali |

**DECLARATION OF CHRISTOPHE THÉVENOT**
**IN SUPPORT OF MOTION OF FOREIGN REPRESENTATIVE**
**FOR ENTRY OF AN ORDER (I) RECOGNIZING FRENCH SALE ORDER,**
**(II) AUTHORIZING AND APPROVING SALE OF ASSETS, (III) AUTHORIZING**
**THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY**
**CONTRACTS, AND (IV) GRANTING RELATED RELIEF**

Christophe Thévenot, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury under the laws of the United States of America as follows:

1.     I am a partner of Thévenot Perdereau Manière El Baze ("TPM"), the *administrateur judiciaire* (the court-ordered trustee) of APVO Corporation (the "Debtor" or "APVO"), a debtor in a *redressement judiciaire* (a judicial reorganization proceeding) under French law currently pending before the Tribunal de Commerce de Paris (Commercial Court of Paris), France.  Pursuant to this Court's *Order Recognizing Foreign Main Proceeding* [Docket No. 9], I am a duly appointed foreign representative of the Debtor.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2.      I submit this declaration in support of the *Motion of Foreign Representative for Entry of an Order (I) Recognizing French Sale Order, (II) Authorizing and Approving Sale of Assets, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and (IV) Granting Related Relief* (the "Motion"), filed concurrently herewith.  The Motion was filed with my consent.

APVO is the wholly owned subsidiary of Viadeo SA ("Viadeo" and, together with APVO, the "Company"), a French company that owns and operates an online business social network, similar to LinkedIn®, primarily focused on the French market.  A crucial component of Viadeo's business is a website (www.viadeo.com) and a database (together, the "Software") that were originally developed by Viadeo in 2005 in France.  The Software supports Viadeo's 40 million members worlwide.  In August 2010, ownership of the Software was transferred to APVO.

**A.      Marketing Efforts Before the Conciliation Proceeding**

3.      Prior to my appointment as the conciliator of Viadeo, the company had engaged the international investment banking firm Oddo & Cie ("Oddo") to find a financial or strategic investor or acquirer of the Company.

4.      In this context, an out-of-court sale of the Company was first considered beginning April 2016.  As part of its marketing efforts, Oddo contacted 14 international companies, including Oracle, Salesforce, and SAP.  These initial 14 companies declined to pursue a possible transaction.

5.      As a result of Oddo's further marketing efforts, 10 companies signed a confidentiality agreement and conducted initial due diligence.  Eventually, each of these companies declined to pursue a possible out-of-court transaction in light of certain litigation risks associated with the French tax liability of APVO.

6.      Unable to attract a suitor in an out-of-court transaction, Viadeo commenced a conciliation proceeding on August 24, 2016.

**B.      Marketing Efforts During the Conciliation Proceeding**

7.      Beginning in October 2016, the Company re-engaged Oddo and began marketing its assets for sale.  The Company and Oddo contacted 34 potential investors and strategic purchasers regarding a possible court-approved sale transaction.  Ultimately, nine companies entered into

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

confidentiality agreements and conducted due diligence. The Company's marketing efforts were supported by Bpifrance, a public investment bank and shareholder of Viadeo. Bpifrance assisted the Company's marketing efforts by soliciting potential interest from its network of investors.

8. Although a conciliation proceeding is a confidential proceeding, Viadeo is a public French company. Accordingly, Viadeo was required to disclose its financial situation, indicating in its latest press release on November 10, 2016, that it was unlikely that the Company would secure new sources of financing before the end of the year, and that it was exploring alternative solutions.

9. As a result of the Company's marketing efforts, two companies submitted offers for the Company during the conciliation procedure. Both offers were conditioned upon purchasing the Software. Accordingly, on November 22 and 24, 2016, Viadeo and APVO, respectively, commenced a *redressement judiciaire* (a judicial reorganization proceeding) under French law (the "French Proceeding") before the Tribunal de Commerce de Paris, France (the "French Court"). The purpose of the French Proceeding is to effectuate a sale of the Company.

10. On November 29, 2016, the French Court entered an order opening a *redressement judiciaire* for Viadeo and APVO.

**C. Marketing and Sale Efforts During the French Proceeding**

11. Following the opening of the French Proceeding, several investors expressed their interest to purchase the Company's assets. As a result of this additional interest, the Company, at my direction, initiated a new bid solicitation process. In light of the Company's negative cash flow projections, I established an initial bid deadline of December 9, 2016 (the "Bid Deadline").

12. On December 2, 2016, the bid solicitation was published on two websites (www.aspaj.fr and www.cnajmj.fr) and in the economic newspaper *Les Echos*.

13. As a result of the bid solicitation, the Company received 20 expressions of interest, resulting in 14 companies signing confidentiality agreements and initiating due diligence.

14. On or before the Bid Deadline, the Company received six offers to purchase substantially all of the assets of the Company, including the Software owned by APVO.

3

1    15.    On December 19, 2016, each bidder (except one) presented its bid to the French

2    Court.    On December 23, 2016, the French Court entered an order (the "French Sale Order")

3    approving the sale of the Company's assets to Figaro Classifieds S.A. (the "Purchaser").    The

4    Purchaser's offer is conditioned on recognition of the French Sale Order in the United States.

5    16.    In my business judgment, and as determined by the French Court, the Purchaser is

6    financially stable and experienced in the Debtor's industry.    Last year, the Purchaser generated

7    revenue of €60 million and an operating income of approximately €9 million.    The Purchaser is a

8    portfolio company of one of the largest media conglomerates in France, Groupe Le Figaro.    Last

9    year, Groupe Le Figaro's revenue was in excess of €530 million and its operating income was in

10   excess of €30 million.    Moreover, the sale contemplates the continued employment of the majority

11   of the Company's employees.    For the foregoing reasons, in my business judgment, the proposed

12   sale to the Purchaser represents the best offer for the Debtor's assets.

*[Remainder of page intentionally left blank]*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4

DECLARATION OF CHRISTOPHE THÉVENOT
IN SUPPORT OF MOTION TO RECOGNIZE FRENCH SALE ORDER

DOCS_SF:92873.1

Case: 16-31309    Doc# 19    Filed: 12/23/16    Entered: 12/23/16 12:36:12    Page 4 of 5

1  Executed on December 23, 2016 in Paris, France.

2

3  _(signature)_

4  Christophe Thévenot

5  Solely in his capacity as a representative of
   TPM, the *administrateur judiciaire* of APVO
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA