

1　Debra I. Grassgreen (CA Bar No. 169978)　**Signed and Filed: January 23, 2017**

2　Jason H. Rosell (CA Bar No. 269126)
　Pachulski Stang Ziehl & Jones LLP

3　150 California Street, 15th Floor
　San Francisco, CA 94111

4　Telephone:　(415) 263-7000
　Facsimile:　(415) 263-7010

5　E-mail:　dgrassgreen@pszjlaw.co
　　　　　jrosell@pszjlaw.com

6
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

　Counsel to the Foreign Representative

7

8
### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

9

10　In re:　　　　　　　　　　　　Case No. 16-31309 (DM)

11　APVO Corporation,　　　　　　Chapter 15

12　Debtor in a Foreign Proceeding.

13

14
### ORDER ENTRUSTING THE
### DISTRIBUTION OF THE PROCEEDS OF THE
### FRENCH SALE TO THE FOREIGN REPRESENTATIVE
### PURSUANT TO SECTION 1521(b) OF THE BANKRUPTCY CODE

15

16　　　Upon (a) the *Motion of Foreign Representative for Entry of an Order (I) Recognizing French*

17　*Sale Order, (II) Authorizing and Approving Sale of Assets, (III) Authorizing the Assumption and*

18　*Assignment of Certain Executory Contracts, and (IV) Granting Related Relief* [Docket No. 17] (the

19　"Motion");[1] (b) this Court's *Order (I) Recognizing French Sale Order, (II) Authorizing and*

20　*Approving Sale of Assets, (III) Authorizing the Assumption and Assignment of Certain Executory*

21　*Contracts, and (IV) Granting Related Relief* [Docket No. 26]; (c) the declarations filed in support of

22　the Motion; and (d) the reasons stated on the record at the hearing on the Motion on December 30,

23　2016; and good, sufficient, and appropriate notice being provided under the circumstances; and for

24　good cause appearing therefor;

25　//

26　//

27　//

28

[1]　Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**IT IS HEREBY ORDERED THAT:**

1. The Motion is further granted as set forth herein.

2. Pursuant to section 1521(b) of the Bankruptcy Code, the Foreign Representative is

entrusted with the distribution of the proceeds of the Sale and is hereby authorized to distribute such

proceeds in the French Proceeding in accordance with applicable French law.

3. Notwithstanding Bankruptcy Rule 6004(h), this Order shall not be stayed after the

entry of this Order and shall be effective immediately upon entry.

4. This Court shall retain jurisdiction with respect to the interpretation and enforcement

of this Order.

** END OF ORDER **

ORDER ENTRUSTING THE DISTRIBUTION OF THE PROCEEDS OF THE FRENCH SALE
TO THE FOREIGN REPRESENTATIVE PURSUANT TO SECTION 1521(b) OF THE BANKRUPTCY CODE